The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Quindell Montrae Kirby
     v. Commonwealth of Virginia
     Record No. 2307-12-2
     Opinion rendered by Judge Kelsey on
     September 2, 2014

2. Michael Alonzo Robinson, Jr.
     v. Commonwealth of Virginia
     Record No. 0097-13-2
     Opinion rendered by Judge Alston on
     September 16, 2014

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Justin Sarafin
    v. Commonwealth of Virginia
    Record No. 1753-12-2
    Opinion rendered by Judge Huff
        on October 8, 2013
    Judgment of Court of Appeals affirmed by opinion rendered on October 31, 2014
    (131747)

2. Levin Grimes
    v. Commonwealth of Virginia
    Record No. 0293-13-1
    Opinion rendered by Judge McCullough
        on October 29, 2013
    Judgment of Court of Appeals affirmed by opinion rendered on October 31,2014
    (131847)

3. Tracy Wayne Claytor
    v. Commonwealth of Virginia
    Record No. 0309-13-3
    Opinion rendered by Judge Petty
        on December 17, 2013
    Refused (140126)

4. Marvin T. Rideout, III
    v. Commonwealth of Virginia
    Record No. 0513-13-2
    Opinion rendered by Judge Beales
        on February 4, 2014
    Refused (140377)

5. Raymond Charles Case
    v. Commonwealth of Virginia
    Record No. 2188-12-4
    Opinion rendered by Judge Alston
        February 11, 2014
    Refused (140404)

6. William Lloyd Henry
    v. Commonwealth of Virginia
    Record No. 0631-13-2
    Opinion rendered by Judge Petty
        February 18, 2014
    Refused (140437)

7. Alexander J. Dennos, Jr.
   v. Commonwealth of Virginia
   Record No. 0635-13-1
   Opinion rendered by Judge Kelsey
     March 11, 2014
   Refused (140577)

8. 1st Stop Health Services, Inc., d/b/a 1st Stop Home Care
   v. Department of Medical Assistance Services, Cynthia B. Jones, Director
   Record No. 1418-13-4
   Opinion rendered by Judge McCullough
     on April 8, 2014
   Dismissed for lack of jurisdiction pursuant to Code § 17.1-410(A)(2) and (B) (140759)

9. Larod Nayquan Robinson
   v. Commonwealth of Virginia
   Record No. 0207-13-1
   Opinion rendered by Judge Alston
     on April 29, 2014
   Dismissed no petition filed.

10. Yvonie Décor Charles
    v. Commonwealth of Virginia
    Record No. 0790-13-1
    Opinion rendered by Judge Humphreys
      on April 29, 2014
    Refused (140853)

11. Joseph Altiro Turner
    v. Commonwealth of Virginia
    Record No. 0352-13-1
    Opinion rendered by Judge Huff on
      on May 20, 2014
    Dismissed no petition filed.

12. George E. Boone, a/k/a George Edward Boone, Jr.
    v. Commonwealth of Virginia
    Record No. 1510-13-2
    Opinion rendered by Judge Humphreys
      on May 20, 2014
    Refused (140946)

On October 31, 2014 the Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. Derrell Renard Brown
   v. Commonwealth of Virginia
   Record No. 1777-12-2
   CAV petition for appeal denied by Judge McCullough on June 5, 2013
   Judgment of Court of Appeals affirmed
   (131038)

2. Maureen Anne Blake
   v. Commonwealth of Virginia
   Record No. 1751-12-4
   Memorandum opinion rendered by Judge Frank on November 19, 2013
   Judgment of Court of Appeals reversed and final judgment entered
     vacating appellant's convictions
   (140081)

3. Samir Allen Farhoumand
   v. Commonwealth of Virginia
   Record No. 2087-12-4
   Memorandum opinion rendered by Judge Frank on December 3, 2013
   Judgment of Court of Appeals affirmed in part and reversed and final
     judgment entered in part
   (140012)

4. Charles Hawkins, s/k/a, etc.
   v. Commonwealth ofVirginia
   Record No. 1091-13-1
   CAV petition for appeal denied by Judge Kelsey on December 30, 2013 and by
     Judges Alston, Decker and Senior Judge Coleman on April 14, 2014
   Judgment of Court of Appeals affirmed
   (131822)